AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Apr 28, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALLISON G.,<br>*Plaintiff*<br><br>v.<br><br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   4:25-cv-5152-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:    The parties' Motion for a Stipulated Remand, ECF No. 14, is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    Edward F. Shea _____

Date:   April 28, 2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*